| United States Bankruptcy Court District of | **VOLUNTARY PETITION** (part |
|---|---|

| Name of Debtor (If individual, enter Last, First, Middle) | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
|---|---|
| Vashi, Jitendrakumar A. | Vashi, Indu J. |

| ALL OTHER NAMES used by the debtor in the last 6 years (including married, maiden and trade names) | ALL OTHER NAMES used by the joint debtor in the last 6 years (include married, maiden and trade names) |
|---|---|

| SOC. SEC./TAX I.D. NO. (If more than one, state all) | SOC. SEC./TAX I.D. NO. (If more than one, state all) |
|---|---|
| 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 | 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 |

| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip) | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, zip) |
|---|---|
| 260 E. Butterfield Rd., #413 Elmhurst, IL 60126 | Same |

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
|---|---|
| DuPage | DuPage |

| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR  (If different from addresses listed above)

## Information Regarding the Debtor (Check the Applicable Boxes)

**VENUE** (Check any applicable boxes)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceeding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

☒ Individual(s)   ☐ Railroad
☐ Corporation   ☐ Stockbroker
☐ Partnership   ☐ Commodity Broker
☐ Other_____

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☒ Chapter 7   ☐ Chapter 11   ☐ Chapter 13
☐ Chapter 9   ☐ Chapter 12
☐ Sec. 304 – Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

☒ Consumer/Non-Business ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(a) (Optional)

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 04/07/2004
Time: 14:31:38
Debtor: Jitendrakumar A Vashi
Case: 04-13786   # : 3073634
Chapter: 7 Rec. #
Judge: John Squires
341 mtg: 06/08/2004 @ 01:00pm
Trustee: Gina Krol

1:04BK13786-BK001

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 |
|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,00 to $100 million |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 t $100 million |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| **VOLUNTARY PETITION** (part 2) | Name of Debtor(s) |
|---|---|
| *(This page must be completed in every case)* | Vashi, Jitendrakumar & Indu |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location: | Case Number: | Date Filed: |
| Date Filed: | | |

| **Pending Bankruptcy Case filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date  4/4/04

### Signature(s) of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

Jay Scott Nelson
Printed Name of Attorney for Debtor(s)

Firm Name

5757 N. Lincoln Ave., #20
Address

Chicago, IL 60659

773-907-9010
Telephone Number

4/4/04
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both, 11 U.S.C. §110; 18 U.S.G. § 156.

# United States Bankruptcy Court

Northern _____ **DISTRICT OF** _Illinois_____

In re __Vashi, Jitendrakumar & Indu__ Case No._____
Debtor                                              (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report totals from Schedules A,B,D,E,F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | $ 240,000 | | |
| B - Personal Property | Yes | 3 | $ 4,110.00 | | |
| C - Property Claimed as Exempt | yes | 1 | | | |
| D - Creditors Holding Secured Claims | yes | 1 | | $ 363,326.00 | |
| E - Creditors Holding Unsecured Priority Claims | yes | 1 | | $ 0 | |
| F - Creditors Holding Unsecured Non-Priority Claims | yes | 1 | | $ 40,438.00 | |
| G - Executory Contracts and Unexpired Leases | yes | 1 | | | |
| H - Codebtors | yes | 1 | | | |
| I - Current Income of Individual Debtors | yes | 1 | | | $ 0 |
| J - Current Expenditures of Individual Debtor(s) | yes | 1 | | | $ 3,237.00 |
| Total Number of Sheets of ALL Schedules  -> | | 11 | | | |
| Total Assets -> | | | $ 244,110.00 | | |
| Total Liabilities -> | | | | $ 373,764.00 | |

In re  Vashi, Jitendrakumar & Indu _____   Case No. _____
               Debtor                                                (If known)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds the rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G–Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

if the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C–Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 269 Twickenham Tr. Suwanee, GA 30021 | Fee Simple | J | $240,000.00 | $210,000.00 |

Total ➤   **$ 240,000.00**

(Report also on Summary of Schedules)

In re  Vashi, Jitendrakumar & Indu        Case No. _____
_____
          Debtor                                          (If known)

## SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, and the number of the category. If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C–Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G–Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | On person | J | $10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Fifth Third Bank Elmhurst, IL | J | $200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | x | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | x | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | x | | | |
| 6. Wearing apparel. | | Seasonal wearing apparel | | $400.00 |
| 7. Furs and jewelry. | | | | |
| 8. Firearms and sports, photographic and other hobby equipment. | x | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | American Family Insurance Policy # 1188451-1 | | $3,500.00 |
| 10. Annuities. Itemize and name each issuer. | x | | | |

In re <u>Vashi, Jitendrakumar & Indu</u>       Case No. _____
Debtor                                          (If known)

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11.  Interests in IRA, ERISA, Keogh or other pension or profit sharing plans. Itemize. | x | | | |
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | OneSource Thermagraphers Inc | H | $0.00 |
| 13.  Interests in partnerships or joint ventures. Itemize. | x | | | |
| 14.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | x | | | |
| 15.  Accounts Receivable. | x | | | |
| 16.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 17.  Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 18.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | x | | | |
| 19.  Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | x | | | |
| 20.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | x | | | |
| 21.  Patents, copyrights, and other intellectual property. Give particulars. | x | | | |
| 22.  Licenses, franchises, and other general intangibles. Give particulars. | x | | | |

In re <u>Vashi, Jitendrakumar & Indu</u>                    Case No. _____
                          Debtor                                                    (If known)

## SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | x | | | |
| 24. Boats, motors, and accessories. | x | | | |
| 25. Aircraft and accessories. | x | | | |
| 26. Office equipment, furnishings, and supplies. | x | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | x | | | |
| 28. Inventory. | x | | | |
| 29. Animals. | x | | | |
| 30. Crops–growing or harvested. Give particulars. | x | | | |
| 31. Farming equipment and implements. | x | | | |
| 32. Farm supplies, chemicals, and feed. | x | | | |
| 33. Other personal property of any kind not already listed. Itemize. | x | | | |

_____ continuation sheets attached          Total ➤   | $ 4,110.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re   Vashi, Jitendrakumar & Indu      Case No. _____
                    Debtor                                              (If known)

## SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

**(Check one box)**

☐ 11 U.S.C. §522(b)(1): Exemptions provided in 11 U.S.C. §522(d). **Note: These exemptions are available only in certain states.**

☒ 11 U.S.C. §522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash | 735 ILCS 5/12-1001(B) | $10.00 | $10.00 |
| Checking account | 5/12-1001(B) | $200.00 | $200.00 |
| Wearing apparel | 5/12-1001(A) | $400.00 | $400.00 |
| American Family Insurance Policy | 5/12-1001(F) | $3,500.00 | $3,500.00 |

In re __Vashi, Jitendrakumar & Indu__   Case No. _____
             Debtor                                          (If known)

## SCHEDULE D – CREDITORS HOLDING SECURE CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H–Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1566124979 <br><br>Chase Manhattan Mtge<br>P.O. Box 9001871<br>Louisville, KY 40290 |  | J | Home Mortgage <br><br> VALUE $ 240,000.00 |  |  |  | $165,000.00 |  |
| ACCOUNT NO. 00009893221367 <br><br>Chase Manhattan Mtge<br>P.O. Box 9001871<br>Louisville, KY 40290 |  | J | Second Mortgage <br><br> VALUE $ |  |  |  | $45,000.00 |  |
| ACCOUNT NO. 0001-0000896-9001 <br><br>Albank<br>3400 W. Lawrence<br>Chicago, IL 6062500 |  |  | Personal guarantee of business loan <br><br> VALUE $ |  |  |  | $153,326.00 |  |
| ACCOUNT NO. <br><br><br> VALUE $ |  |  |  |  |  |  |  |  |

                                    Subtotal ➤ $ 363,326.00
_____ continuation sheets attached        (Total of this page)
                                      Total ➤ $ 363,326.00
                           (Use only on last page)
                           (Report total also on Summary of Schedules.)

In re: Vashi, Jitendrakumar & Indu , Case No._____
       Debtor(s)                           (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X] Check this box if debtor has no creditors holding unsecured claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ] **Extensions of credit in an involuntary case**   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. §507 (a)(2).

[ ] **Wages, salaries, and commissions**   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, and commissions owing to qualifying independent sales representatives up to $4,000* per person, earned within 90 days immediately preceding the filing of the original petition or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507 (a)(3).

[ ] **Contributions to employee benefit plans**   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507 (a)(4).

[ ] **Certain farmers and fishermen**   Claims of certain farmers and fishermen, up to $4,000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507 (a)(5).

[ ] **Deposits by individuals**   Claims of individuals up to $1,800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use that were not delivered or provided.  11 U.S.C. §507 (a)(6).

[ ] **Alimony, Maintenance, or Support**   Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. §507 (a)(7).

[ ] **Taxes and Certain Other Debts Owed to Governmental Units**   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §507 (a)(8).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. §507 (a)(9).

● Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D ● | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| A/C# | | | | | | |
| | | | | | | |
| A/C# | | | | | | |
| | | | | | | |
| A/C# | | | | | | |
| | | | | | | |
| A/C# | | | | | | |
| | | | | | | |
| A/C# | | | | | | |
| | | | | | | |

_____ Continuation sheets attached.

Subtotal ->   $
(Total of this page)

Total ->   $
(use only on last page of the completed Schedule E)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

(Report total also on Summary of Schedules)

In re   Vashi, Jitendrakumar & Indu ,   Case No. _____

            Debtor                                     (If Known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H–Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 128826064701-4 <br> Gwinnett Co Water <br> 684 Winder Hwy <br> Lawrenceville, GA 30045 | | J | Water | | | | $16.00 |
| ACCOUNT NO. 8464.0 <br> City of Sugar Hill <br> 4988 W. Broad St. <br> Sugar Hill, GA 30518 | | J | Gas | | | | $350.00 |
| ACCOUNT NO. 13568-52019-08 <br> Georgia Power <br> 2500 Patrick Henry <br> McDonough, GA 30253 | J | J | Electricity | | | | $22.00 |
| ACCOUNT NO. 4308-5161-3048-7404 <br> Richs Macy Visa <br> P.O. Box 90096 <br> Westchester, OH 45071 | | J | Revolving credit | | | | $12,000.00 |

_____ _1_ Continuation sheets attached

Subtotal ➤ $ 12,388.00
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

In re _____,       Case No. _____
          Debtor                                        (If Known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5588-5980-0150-8185<br><br>CITI Business Card<br>P.O. Box 6309<br>The Lakes, NV 88901 | | H | Revolving credit | | | | $6,000.00 |
| ACCOUNT NO. 4427-1000-3146-2927<br><br>Bank of America<br>P.O. Box 5270<br>Carol Stream, IL 60197 | | J | Revolving credit | | | | $7,000.00 |
| ACCOUNT NO. 5490-3551-1017-8500<br><br>MBNA Platinum Plus<br>P.O. Box 15286<br>Wilmington DE 19886 | | J | Revolving credit | | | | $5,000.00 |
| ACCOUNT NO. 4802-1323-9519-4080<br><br>Capitol One<br>P.O. Box 34631<br>Seattle WA 98124 | | H | Revolving credit | | | | $5,000.00 |
| ACCOUNT NO. 6011-0132-2651-165<br><br>Discover Business Ser<br>P.O. Box 52145<br>Phoenix, AZ 85072 | | H | Revolving credit | | | | $50.00 |
| ACCOUNT NO.<br><br>DJR Ventures/Rothbart Realty Company<br>1945 Techny Rd., Ste 5<br>Northbrook, IL 600620 | | H | Rent on 960 Industrial Dr<br>Elmhurst, IL<br>Personal guarantee | | | | $5,000.00 |

Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)   $28,050.00

Total ➤ (Use only on last page of the completed Schedule F)   $40,438.00

(Report total also on Summary of Schedules)

In re __Vashi, Jitendrakumar & Indu__ ,      Case No. _____
               Debtor                                            (If Known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any time-share interests.

     State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

     Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

     ❑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NON-RESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| OneSource Thermagraphers, Inc. 2600 E. Butterfield Rd., #413 Elmhurst, IL 60126 | Lease of 960 Industrial Drive #4 Elmhurst, IL 60126 |

In re  Vashi, Jitendrakumar & Indu  ,      Case No. _____
_____
                Debtor                                                      (If Known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if there are no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| OneSource Thermagraphers, Inc.<br>260 E. Butterfield Rd., #413<br>Elmhurst, IL 60126 | DJR/Rothbart Realty Co<br>1945 Techny Rd., Ste 6<br>Northbrook, IL 60062 |
| Same | Albank<br>3400 W. Lawrence<br>Chicago, IL 60625 |

In re ___Vashi, Jitendrakumar & Indu ,    Case No. _____
                              Debtor                                                    (If Known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| | | | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Self employed | Self employed |
| Name of Employer | OneSource Thermagraphers | OneSource Thermagraphers |
| How long employed | 12 mos | 12 mos |
| Address of Employer | 960 Industrial Dr, #4 Elmhurst, IL 60126 | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 0.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ _____ | $ _____ |
| b. Insurance | $ _____ | $ _____ |
| c. Union dues | $ _____ | $ _____ |
| d. Other (Specify)_____ | $ _____ | $ _____ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ _____ | $ _____ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ _____ | $ _____ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| Income from real property | $ _____ | $ _____ |
| Interest and dividends | $ _____ | $ _____ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ _____ | $ _____ |
| Social security or other government assistance (Specify) _____ | $ _____ | $ _____ |
| Pension or retirement income | $ _____ | $ _____ |
| Other monthly income (Specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| TOTAL MONTHLY INCOME | $ 0.00 | $ 0.00 |

TOTAL COMBINED MONTHLY INCOME    $ ___0.00_____    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document.

In re __Vashi, Jitendrakumar & Indu_____,   Case No. _____
                    Debtor                                          (If known)

## SCHEDULE J- CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,463.00 |
| Are real estate taxes included?   Yes _X_   No _____ | |
| Is property insurance included?   Yes _X_   No _____ | |
| Utilities  Electricity and heating fuel | $ 250.00 |
|           Water and sewer | $ 40.00 |
|           Telephone | $ 50.00 |
|           Other _____ | $ |
| Home maintenance (repairs and upkeep) | $ 150.00 |
| Food | $ 500.00 |
| Clothing | $ |
| Laundry and dry cleaning | $ 25.00 |
| Medical and dental expenses | $ 100.00 |
| Transportation (not including car payment) | $ 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ |
| Charitable contributions | $ |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|           Homeowner's or renter's | $ 100.00 |
|           Life | $ 359.00 |
|           Health | $ |
|           Auto | $ |
|           Other _____ | $ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)_____ | $ |
| Installment payments: (in Chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|           Auto | $ |
|           Other_____ | $ |
|           Other_____ | $ |
| Alimony, maintenance, and support paid to others | $ |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other_____ | $ |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | $ 3,237.00 |

## [FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | $ |
| B. Total projected monthly expenses | $ |
| C. Excess income (A minus B) | $ |
| D. Total amount to be paid into plan each _____ | $ |
|                                              (interval) | |

In re _Vashi, Jitendrakumar & Indu_____,     Case No. _____
               Debtor                                     (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __16__ sheets and that they are true and correct to the best of my knowledge, information, and belief.        (Total shown on summary page plus 1)

Date ___4/4/04___                              Signature: _____
                                                                Debtor

Date ___4/4/04___                              Signature: _____
                                                         (Joint Debtor, if any)
                                               (If joint case, both spouses must sign.)

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I have prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____              _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security Number

_____

_____
Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer                  Date

*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ [president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                                   _____
                                                 [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT

__Northern__    **DISTER OF** __Illinois__

In re __Vashi, Jitendrakumar & Indu__ Case No. _____

Debtor    Chapter _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   a. *Property to Be Surrendered.*

   Description of Property          None          Creditor's Name

   1. _____ None _____          _____

   2. _____          _____

   3. _____          _____

   b. *Property to Be Retained.  [Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| None | | | | |

Date: __4/4/04__          _____
                                     Signature of Debtor

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I have prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security Number

_____          Names and Social Security numbers of all other individuals
                                                                        who prepared or assisted in preparing this document:

_____

Address

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**

Northern _____ **DISTRICT OF** Illinois _____

In re:   Vashi, Jitendrakumar & Indu _____,   Case No. _____

_____ Debtor _____                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under Chapter 12 or Chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. **Each question must be answered. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*In business -* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*Insider -* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C.§ 101(30).

---

**1. Income from employment or operation of business**

None   State the gross amount of income the debtor has received from employment, trade, or profession,
☒    or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under Chapter 12 or Chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Amount                    Source (if more than one)

**2.  Income other than from employment or operation of business**

None
[x]

    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under Chapter 12 or Chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Amount                            `                   Source


**3.  Payments to creditors**

None
[ ]

    **a.**  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Names and addresses of creditors | Dates of payments | Amount paid | Amount still owing |
|---|---|---|---|
| Chase Manhattan Mortgage | monthly | $1,400.00 per mo | $165,000.00 |

None
[x]

    **b.**  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under Chapter 12 or Chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and address of creditor and relationship of debtor | Date of payment | Amount paid | Amount still owing |
|---|---|---|---|


**4.  Suits, executions, garnishments and attachments**

None
[x]

    **a.**  List all suits to which the debtor is or was a party within **one year** immediately preceding the filing of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Caption of suit and case number | Nature of proceeding | Court and location | Status or disposition |
|---|---|---|---|

None


**b.** Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and address of person for whose benefit property was seized | Date of seizure | Description and value of property |
|---|---|---|

None
   **5. Repossessions, foreclosures and returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller within **one year** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and address of creditor or seller | Date of repossession, foreclosure sale, transfer or return | Description and value of property |
|---|---|---|

None
   **6. Assignments and receiverships**

**a.** Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and address of assignee | Date of assignment | Terms of assignment or settlement |
|---|---|---|

None
x

**b.** List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and address of custodian | Name and location of court | Case title and number | Date of order | Description and value of property |
|---|---|---|---|---|

**7. Gifts**

None

[x]

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member, and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under Chapter 12 or Chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and address of person or organization | Relationship to debtor, if any | Date of gift | Description and value of gift |
|---|---|---|---|

**8. Losses**

None

[x]

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under Chapter 12 or Chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Description and value of property | Description of circumstances and, if loss was covered in whole or in part by insurance, give particulars | Date of loss |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None

[ ]

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| Name and address of payee | Date of payment | Name of payor if other than debtor | Amount of money or description and value of property |
|---|---|---|---|
| Jay Scott Nelson<br>5757 N. Lincoln #20<br>Chicago, IL 60659 | 3/25/04 | | $400.00 |

### 10. Other transfers

None a.   List all other property, other than property transferred in the ordinary course of the business or
☒ financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately
preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13
must include transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| Name and address of transferee | Relationship to debtor | Transfer date | Property transferred and value received |
|---|---|---|---|
| | | | |

### 11. Closed financial accounts

None   List all financial accounts and instruments held in the name of the debtor or for the benefit of
☐ the debtor that were closed, sold, or otherwise transferred within **one year** immediately preceding
the commencement of this case. Include checking, savings, or other financial accounts, certificates
of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension
funds, cooperatives, associations, brokerage houses and other financial institutions. (Married
debtors filing under Chapter 12 or Chapter 13 must include information concerning accounts or
instruments held by or for either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| Name and address of institution | Type and number of account and final balance | Amount and rate of sale or closing |
|---|---|---|
| Albank<br>3400 W. Lawrence<br>Chicago, IL 60625 | $200.00 | |

### 12. Safe deposit boxes

None   List each safe deposit or other box or depository in which the debtor has or had securities, cash,
☒ or other valuables within **one year** immediately preceding the commencement of this case. (Married
debtors filing under Chapter 12 or Chapter 13 must include boxes or depositories of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
is not filed.)

| Name and address of bank or other depository | Name and addresses of those with access to box or depository | Description of contents | Date of transfer or surrender, if any |
|---|---|---|---|
| | | | |

**13. Setoffs**

None   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor
☒ within **90 days** preceding the commencement of this case. (Married debtors filing under Chapter 12
or Chapter 13 must include information concerning either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and address of creditor | Date of setoff | Amount of setoff |
|---|---|---|

**14. Property held for another person**

None   List all property owned by another person that the debtor holds or controls.
☒

| Name and address of owner | Description and value of property | Location of property |
|---|---|---|

**15. Prior address of debtor**

None   If the debtor has moved within the **two years** immediately preceding the commencement of this
☐ case, list all premises which the debtor occupied during that period and vacated prior to the
commencement of this case. If a joint petition is filed, report also any separate address of either
spouse.

| Address | Name used | Dates of occupancy |
|---|---|---|
| 269 Twickenham Tr Suwanee GA 30024 | J. Vashi | to October 2002 |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **two years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the **two years** immediately preceding the commencement of this case.)*

**16.    Nature, location and name of business**

None **a.**    If the debtor is an individual, list the names and addresses of all businesses in which the debtor
☐    was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **two years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **two years** immediately preceding the commencement of this case.

**b.**    If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the **two years** immediately preceding the commencement of this case.

**c.**    If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the **two years** immediately preceding the commencement of this case.

| Name | Address | Nature of business | Beginning and ending Dates of operation |
|------|---------|--------------------|-----------------------------------------|
| OneSource Thermagraphers | 960 Industrial Dr. #4 Elmhurst, IL 60126 | Wholesale Thermagraphy | 1/2/03 - 3/19/04 |

**17.    Books, records and financial statements**

None **a.**    List all bookkeepers and accountants who within the **six years** immediately preceding the filing
☒    of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| Name | Address | Dates services rendered |
|------|---------|-------------------------|

None **b.**    List all firms or individuals who within the **two years** immediately preceding the filing of this
☒    bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| Name | Address | Dates services rendered |
|------|---------|-------------------------|

**None**

☐    **c.** List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, please explain.

**Name**                            **Address**

Jitendrakumar Vashi

**None**

☐    **d.** List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| Name | Address | Date issued |
|------|---------|-------------|

AlBank
3400 W. Lawrence
Chicago, IL 60625

**18. Inventories**

**None**

☒    **a.** List the dates of the **last two** inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| Date of inventory | Inventory supervisor | Dollar amount of inventory (Specify cost, market or other basis) |
|-------------------|---------------------|----------------------------------------------------------------|

**None**

☒    **b.** List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| Date of inventory | Name and addresses of custodian of inventory records |
|-------------------|-------------------------------------------------------|

**19. Current partners, officers, directors and shareholders**

**None**

☒    **a.** If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| Name and address | Nature of interest | Percentage of interest |
|------------------|-------------------|------------------------|

None b.  If the debtor is a corporation, list all officers and directors of the corporation, and each
[x] stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting
securities of the corporation.

| Name and address | Title | Nature and percentage of stock ownership |
| --- | --- | --- |

### 20.  Former partners, officers, directors and shareholders

None a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one
[x] year** immediately preceding the commencement of this case.

| Name | Address | Date of withdrawal |
| --- | --- | --- |

None b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation
[x] terminated within **one year** immediately preceding the commencement of this case.

| Name and address | Title | Date of termination |
| --- | --- | --- |

### 21.  Withdrawals from a partnership or distributions by a corporation

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given
[x] to an insider, including compensation in any form, bonuses, loans, stock redemptions, options
exercised and any other perquisite during **one year** immediately preceding the commencement of
this case.

| Name and address of recipient | Relationship to debtor | Date and purpose of withdrawal | Amount of money or description and value of property |
| --- | --- | --- | --- |

B 203
(1/88)

# United States Bankruptcy Court

Northern ___ **District of** ___ Illinois ___

**In re**

Vashi, Jitendrakumar A., and
Vashi, Indu J.

Bankruptcy Case No.

**Debtor**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 400.00

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 400.00

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0

2. The source of the compensation paid to me was:

   ☒ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor        ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;