# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD
### Trustees Form 2 - Page 1 of 5

| Case No: | 04-13786 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | VASHI, A JITENDRAKU | | Bank Name: | BANK OF AMERICA, N.A. |
| | VASHI, INDU J | | Account Number / CD #: | *******2612 BofA - Money Market Account |
| Taxpayer ID No: | *******2866 | | | |
| For Period Ending: | 02/02/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| C 11/16/04 | 1 | Chase Manhattan Mortgage Corporation<br>3415 Vision Drive<br>Columbus, OH 42319 | Proceeds of sale | 1110-000 | 2,625.87 | | 2,625.87 |
| C 11/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.08 | | 2,625.95 |
| C 12/13/04 | 7 | New York Life<br>P.O. Box 4869<br>Atlanta, GA 30302 | | 1229-000 | 3,361.72 | | 5,987.67 |
| C 12/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.37 | | 5,988.04 |
| C 01/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.51 | | 5,988.55 |
| C 02/28/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.15 | | 5,989.70 |
| C 03/01/05 | 000301 | International Sureties<br>Suite 1700<br>210 Baronne St.<br>New Orleans, LA 70112 | BOND<br>BOND | 2300-000 | | 4.12 | 5,985.58 |
| C 03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.27 | | 5,986.85 |
| C 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.23 | | 5,988.08 |
| C 05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.27 | | 5,989.35 |
| C 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.23 | | 5,990.58 |
| C 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.27 | | 5,991.85 |
| C 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.06 | | 5,994.91 |
| C 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 2.96 | | 5,997.87 |

| Case No: | 04-13786 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | VASHI, A JITENDRAKU | | Bank Name: | BANK OF AMERICA, N.A. |
| | VASHI, INDU J | | Account Number / CD #: | *******2612 BofA - Money Market Account |
| Taxpayer ID No: | *******2866 | | | |
| For Period Ending: | 02/02/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|---|
| C | 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.06 | | 6,000.93 |
| C | 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 2.96 | | 6,003.89 |
| C | 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.05 | | 6,006.94 |
| C | 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.07 | | 6,010.01 |
| C | 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.28 | | 6,014.29 |
| C | 03/01/06 | 000302 | International Sureties<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA 70130 | BOND<br>BOND | 2300-000 | | 3.13 | 6,011.16 |
| C | 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.11 | | 6,016.27 |
| C | 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.94 | | 6,021.21 |
| C | 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.12 | | 6,026.33 |
| C | 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.95 | | 6,031.28 |
| C | 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.12 | | 6,036.40 |
| C | 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.13 | | 6,041.53 |
| C | 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.96 | | 6,046.49 |
| C | 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.14 | | 6,051.63 |
| C | 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.97 | | 6,056.60 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-13786 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | VASHI, A JITENDRAKU | | Bank Name: | BANK OF AMERICA, N.A. |
| | VASHI, INDU J | | Account Number / CD #: | *******2612 BofA - Money Market Account |
| Taxpayer ID No: | *******2866 | | | |
| For Period Ending: | 02/02/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.14 | | 6,061.74 |
| C 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.15 | | 6,066.89 |
| C 02/15/07 | 000303 | International Sureties, Ltd. Suite 500 203 Carondelet Street New Orleans, LA 70130 | BOND BOND | 2300-000 | | 4.68 | 6,062.21 |
| C 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.65 | | 6,066.86 |
| C 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.15 | | 6,072.01 |
| C 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.00 | | 6,077.01 |
| C 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.16 | | 6,082.17 |
| C 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.99 | | 6,087.16 |
| C 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.18 | | 6,092.34 |
| C 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.17 | | 6,097.51 |
| C 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 3.88 | | 6,101.39 |
| C 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 3.89 | | 6,105.28 |
| C 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 3.26 | | 6,108.54 |
| C 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 2.92 | | 6,111.46 |
| C 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 2.42 | | 6,113.88 |
| C 02/11/08 | 000304 | International Sureties, Ltd. | | 2300-000 | | 5.75 | 6,108.13 |

LFORM2T4

Ver: 14.21

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**
Trustee's Form 2 - Page 4 of 5

| Case No: | 04-13786 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | VASHI, A JITENDRAKU | | Bank Name: | BANK OF AMERICA, N.A. |
| | VASHI, INDU J | | Account Number / CD #: | *******2612 BofA - Money Market Account |
| Taxpayer ID No: | *******2866 | | | |
| For Period Ending: | 02/02/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | | | | | |
| C   02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 1.45 | | 6,109.58 |
| C   03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.44 | | 6,111.02 |
| C   04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.25 | | 6,112.27 |
| C   05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.77 | | 6,113.04 |
| C   06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.76 | | 6,113.80 |
| C   07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.78 | | 6,114.58 |
| C   08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.78 | | 6,115.36 |
| C   09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.75 | | 6,116.11 |
| C   10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.59 | | 6,116.70 |
| C   11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.50 | | 6,117.20 |
| C   12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 6,117.51 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-13786 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | VASHI, A JITENDRAKU | | Bank Name: | BANK OF AMERICA, N.A. |
| | VASHI, INDU J | | Account Number / CD #: | *******2612  BofA - Money Market Account |
| Taxpayer ID No: | *******2866 | | | |
| For Period Ending: | 02/02/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t  Funds Transfer
C  Bank Cleared

|  | Account *******2612 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 5,987.59 | 4 | Checks | 17.68 |
| | 50 | Interest Postings | 147.60 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 6,135.19 | | | |
| | | | | | Total | $ 17.68 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 6,135.19 | | | |

/s/    GINA B. KROL
Trustee's Signature: _____ Date: 02/02/09
GINA B. KROL

LFORM2T4                                                                                     Ver: 14.21