UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| VASHI, A JITENDRAKU ) | | Case No. 04-13786-SQU |
| VASHI, INDU J ) | | |
| Debtor(s). ) | | Hon. JOHN H. SQUIRES |

### Order Awarding Trustee's Compensation And Expenses

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows;

| | | |
|---|---|---|
| 1. | Trustee's compensation | $1,363.52 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $1,363.52 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE