UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| VASHI, A JITENDRAKU ) | | Case No. 04-13786-SQU |
| VASHI, INDU J ) | | |
| Debtor(s). ) | | Hon. JOHN H. SQUIRES |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: DuPage County Courthouse, 505 N. County Farm Rd., Courtroom 4016, Wheaton, IL  60187

    On: **March 13, 2009**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                 $6,135.19

    Disbursements                                                            $17.68

    Net Cash Available for Distribution                                      $6,117.51

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| GINA B. KROL *Trustee Compensation* | $0.00 | $1,363.52 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| N/A | | | |

6.     In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| <u>Claim Number</u> | <u>Claimant</u> | Allowed<br><u>Amount of Claim</u> | <u>Proposed Payment</u> |
|---|---|---|---|
| N/A | | | |

7.     Claims of general unsecured creditors totaling $250,190.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 1.9000% .

Allowed general unsecured claims are as follows:

| <u>Claim Number</u> | <u>Claimant</u> | <u>Amount of Claim</u> | <u>Proposed Payment</u> |
|---|---|---|---|
| 000001 | Albany Bank & Trust Company, N.A. | $132,512.22 | $2,517.93 |
| 000002 | Djr Ventures/Rothbart Realty Co | $93,764.82 | $1,781.67 |
| 000003 | Fds Bank/Rich"S Macys | $13,735.42 | $260.99 |
| 000004 | Mbna America Bank | $10,178.13 | $193.40 |

8.     Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.     The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor(s) have not been discharged.

11.     The Trustee proposes to abandon the following property at the hearing:

| <u>Name of Property</u> | <u>Scheduled Value</u> |
|---|---|
| Real Estate | $240,000.00 |
| Cash | 10.00 |
| Bank Accounts | 200.00 |
| Clothes | 400.00 |

Dated: **February 12, 2009**                              For the Court,

                                                 By:   **KENNETH S. GARDNER**
                                                       CLERK OF BANKRUPTCY COURT
                                                       KENNETH S. GARDNER

Trustee:       Gina B. Krol
Address:     105 West Madison Street
                  Suite 1100
                  Chicago, IL  60602-0000
Phone No.:   (312) 368-0300

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1                Date Rcvd: Feb 12, 2009
Case: 04-13786                Form ID: pdf002             Total Served: 20

The following entities were served by first class mail on Feb 14, 2009.
db         +A Jitendrakumar Vashi,   260 E Butterfield Rd #413,   Elmhurst, Il 60126-4566
jdb        +Indu J Vashi,   260 E Butterfield Rd #413,   Elmhurst, Il 60126-4566
aty        +Jay S. Nelson,   5757 North Lincoln Avenue,   Suite 20,   Chicago, IL 60659-4729
aty        +Joseph E Cohen, Atty,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
tr         +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
7962160    +Albany Bank,   Acct# CLP5265354004CHI,   3400 W. Lawrence Ave.,   Chicago, IL 60625-5104
9297739    +Albany Bank & Trust Company, N.A.,   3400 W. Lawrence Ave,   Chicago IL 60625-5104
7962166    +Bank of America,   Acct# 4427-1000-3146-2927,   P.O. Box 5270,   Carol Stream, IL 60197-5270
7962165    +CITI Business Card,   Acct# 5588-5980-0150-8185,   P.O. Box 6309,   The Lakes, NV 88901-6309
7962168    +Capitol One,   Acct# 4802-1323-9519-4080,   P.O. Box 34631,   Seattle, WA 98124-1631
7962159    +Chase Manhattan Mortgage,   Acct# 00009893221367,   P.O. Box 9001871,   Louisville, KY 40290-1871
7962158    +Chase Manhattan Mortgage,   Acct# 1566124979,   P.O. Box 9001871,   Louisville, KY 40290-1871
7962162    +City of Sugar Hill,   Acct# 8464.0,   4988 W. Broad St.,   Sugar Hill, GA 30518-5921
7962170    +DJR Ventures/Rothbart Realty Co,   1945 Techny Rd., #6,   Northbrook, IL 60062-5346
7962169    +Discover Business Services,   Acct# 6011-0132-2651-165,   P.O. Box 52145,
             Phoenix, AZ 85072-2145
9385385     FDS Bank/Rich's Macys,   TSYS Debt Mgmt Inc,   P O Box 137,   Columbus, GA 31902-0137
7962163    +Georgia Power,   Acct# 13568-52019-08,   2500 Patrick Henry,   McDonough, GA 30253-4298
7962161    +Gwinnett County Water,   Acct# 128826064701-4,   684 Winder Hwy,   Lawrenceville, GA 30045-5012
7962167    +MBNA America Bank,   Acct# 5490-3551-1017-8500,   P.O. Box 15186,   Wilmington, DE 19850-5186
7962164     Richs Macy Visa,   Acct# 4308-5161-3048-7404,   P.O. Box 90096,   Westchester, OH 45071

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 14, 2009**            **Signature:**   *Joseph Speetjens*