JOHN H. SQUIRES

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| In re: | § | |
| --- | --- | --- |
| | § | |
| VASHI, A JITENDRAKU | § | Case No. 04-13786 |
| VASHI, INDU J | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
| --- | --- |
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GINA B. KROL_____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Albank 3400 W. Lawrence Chicago, IL 6062500 |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Manhattan Mtge PO Box 9001871 Lousiville, KY 40290 | | | | | |
| Chase Manhattan Mtge PO Box 9001871 Lousiville, KY 40290 | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America PO Box 5270 Carol Stream, IL 60197 | | | | | |
| Capitol One PO Box 34631 Seattle, WA 98124 | | | | | |
| Citi Business Card PO Box 6309 The Lakes, NV 88901 | | | | | |
| City of Sugar Hill 4988 W. Broad St. Sugar Hill, GA 30518 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DJR Ventures/Rothbart Realty Company 1945 Techny Rd., Ste 5 Northbrook, IL 60062 | | | | | |
| Discover Business Serv PO Box 52145 Phoenix, AZ 85072 | | | | | |
| Georgia Power 2500 Patrick Henry McDonough, GA 30253 | | | | | |
| Gwinnett Co Water 684 Winder Hwy Lawrenceville, GA 30045 | | | | | |
| MBNA Platinum Plus PO Box 15286 Wilmington, DE 19886 | | | | | |
| Richs Macy Visa P O Box 90096 Westchester, OH 45071 | | | | | |
| ALBANY BANK & TRUST COMPANY, N.A. | | | | | |
| DJR VENTURES/ROTHBART REALTY CO | | | | | |
| FDS BANK/RICH"S MACYS | | | | | |
| MBNA AMERICA BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**

Case 04-13786 Doc 38 Filed 04/29/10 Entered 04/19/10 17:14:24 Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT Page: 1
ASSET CASES
Document Page 7 of 15

Exhibit 8

| Case No: | 04-13786 SQU Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | VASHI, A JITENDRAKU | Date Filed (f) or Converted (c): | 04/07/04 (f) |
| | VASHI, INDU J | 341(a) Meeting Date: | 06/08/04 |
| For Period Ending: 04/13/10 | | Claims Bar Date: | 07/25/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate | 240,000.00 | 0.00 | | 5,251.74 | FA |
| 2. Cash | 10.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCONTS | 200.00 | 0.00 | | 0.00 | FA |
| 4. CLOTHES | 400.00 | 0.00 | | 0.00 | FA |
| 5. Life Insurance | 3,500.00 | 0.00 | | 0.00 | FA |
| 6. Stock | 0.00 | 0.00 | | 0.00 | FA |
| 7. Life Insurance (u) | 0.00 | Unknown | | 3,361.72 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 147.72 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $244,110.00 | $0.00 | | $8,761.18 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee will prepare TDR

Trustee has submitted TFR

Initial Projected Date of Final Report (TFR): 12/31/05    Current Projected Date of Final Report (TFR): 03/31/09

**UST Form 101-7-TDR (9/1/2009)** *(Page: 7)*

LFORM1    Ver: 15.08

**FORM 1**

Case 04-13786   Doc 38   Filed 04/29/10   Entered 04/19/10 17:14:24   Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Document   Page 8 of 15
ASSET CASES

Page:   2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 04-13786   SQU   Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
| Case Name: | VASHI, A JITENDRAKU | Date Filed (f) or Converted (c): | 04/07/04 (f) |
| | VASHI, INDU J | 341(a) Meeting Date: | 06/08/04 |
| | | Claims Bar Date: | 07/25/05 |

_____   Date: _____
GINA B. KROL

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-13786 -SQU | Trustee Name: | GINA B. KROL |
| Case Name: | VASHI, A JITENDRAKU | Bank Name: | BANK OF AMERICA, N.A. |
| | VASHI, INDU J | Account Number / CD #: | *******2612 BofA - Money Market Account |
| Taxpayer ID No: | *******2866 | | |
| For Period Ending: | 04/13/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 11/16/04 | 1 | Chase Manhattan Mortgage Corporation<br>3415 Vision Drive<br>Columbus, OH 42319 | Proceeds of sale | 1110-000 | 2,625.87 | | 2,625.87 |
| C 11/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.08 | | 2,625.95 |
| C 12/13/04 | 7 | New York Life<br>P.O. Box 4869<br>Atlanta, GA 30302 | | 1229-000 | 3,361.72 | | 5,987.67 |
| C 12/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.37 | | 5,988.04 |
| C 01/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.51 | | 5,988.55 |
| C 02/28/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.15 | | 5,989.70 |
| C 03/01/05 | 000301 | International Sureties<br>Suite 1700<br>210 Baronne St.<br>New Orleans, LA 70112 | BOND<br>BOND | 2300-000 | | 4.12 | 5,985.58 |
| C 03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.27 | | 5,986.85 |
| C 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.23 | | 5,988.08 |
| C 05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.27 | | 5,989.35 |
| C 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.23 | | 5,990.58 |
| C 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.27 | | 5,991.85 |
| C 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.06 | | 5,994.91 |
| C 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 2.96 | | 5,997.87 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 04-13786 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | VASHI, A JITENDRAKU | | Bank Name: | BANK OF AMERICA, N.A. |
| | VASHI, INDU J | | Account Number / CD #: | *******2612  BofA - Money Market Account |
| Taxpayer ID No: | *******2866 | | | |
| For Period Ending: | 04/13/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 3.06 | | 6,000.93 |
| C  11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 2.96 | | 6,003.89 |
| C  12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 3.05 | | 6,006.94 |
| C  01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 3.07 | | 6,010.01 |
| C  02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.28 | | 6,014.29 |
| C  03/01/06 | 000302 | International Sureties<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND<br>BOND | 2300-000 | | 3.13 | 6,011.16 |
| C  03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.11 | | 6,016.27 |
| C  04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.94 | | 6,021.21 |
| C  05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.12 | | 6,026.33 |
| C  06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.95 | | 6,031.28 |
| C  07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.12 | | 6,036.40 |
| C  08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.13 | | 6,041.53 |
| C  09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.96 | | 6,046.49 |
| C  10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.14 | | 6,051.63 |
| C  11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.97 | | 6,056.60 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 04-13786 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | VASHI, A JITENDRAKU | | Bank Name: | BANK OF AMERICA, N.A. |
| | VASHI, INDU J | | Account Number / CD #: | *******2612 BofA - Money Market Account |
| Taxpayer ID No: | *******2866 | | | |
| For Period Ending: | 04/13/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.14 | | 6,061.74 |
| C 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.15 | | 6,066.89 |
| C 02/15/07 | 000303 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA 70130 | BOND<br>BOND | 2300-000 | | 4.68 | 6,062.21 |
| C 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.65 | | 6,066.86 |
| C 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.15 | | 6,072.01 |
| C 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.00 | | 6,077.01 |
| C 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.16 | | 6,082.17 |
| C 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.99 | | 6,087.16 |
| C 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.18 | | 6,092.34 |
| C 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.17 | | 6,097.51 |
| C 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 3.88 | | 6,101.39 |
| C 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 3.89 | | 6,105.28 |
| C 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 3.26 | | 6,108.54 |
| C 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 2.92 | | 6,111.46 |
| C 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 2.42 | | 6,113.88 |
| C 02/11/08 | 000304 | International Sureties, Ltd. | | 2300-000 | | 5.75 | 6,108.13 |

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*

LFORM2T4

Ver: 15.08

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 04-13786 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | VASHI, A JITENDRAKU | | Bank Name: | BANK OF AMERICA, N.A. |
| | VASHI, INDU J | | Account Number / CD #: | *******2612 BofA - Money Market Account |
| Taxpayer ID No: | *******2866 | | | |
| For Period Ending: | 04/13/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 420 701 Poydras Street New Orleans, LA 70139 | | | | | |
| C 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 1.45 | | 6,109.58 |
| C 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.44 | | 6,111.02 |
| C 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.25 | | 6,112.27 |
| C 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.77 | | 6,113.04 |
| C 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.76 | | 6,113.80 |
| C 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.78 | | 6,114.58 |
| C 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.78 | | 6,115.36 |
| C 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.75 | | 6,116.11 |
| C 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.59 | | 6,116.70 |
| C 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.50 | | 6,117.20 |
| C 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 6,117.51 |
| C 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,117.56 |
| C 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,117.61 |
| C 03/16/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 6,117.63 |
| C t 03/16/09 | | Transfer to Acct #*******9747 | Final Posting Transfer | 9999-000 | | 6,117.63 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)** *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 04-13786 -SQU | |
| Case Name: | VASHI, A JITENDRAKU | |
| | VASHI, INDU J | |
| Taxpayer ID No: | *******2866 | |
| For Period Ending: | 04/13/10 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******2612 BofA - Money Market Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******2612 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 5,987.59 | 4 | Checks | 17.68 |
| | 53 | Interest Postings | 147.72 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 6,117.63 |
| | | Subtotal | $ 6,135.31 | | Total | $ 6,135.31 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 6,135.31 | | | |

UST Form 101-7-TDR (9/1/2009) *(Page: 13)*

LFORM2T4

Ver: 15.08

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 04-13786 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | VASHI, A JITENDRAKU | | Bank Name: | BANK OF AMERICA, N.A. |
| | VASHI, INDU J | | Account Number / CD #: | *******9747 BofA - Checking Account |
| Taxpayer ID No: | *******2866 | | | |
| For Period Ending: | 04/13/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | Account / CD |
| | | | | | Deposits ($) | Disbursements ($) | Balance ($) |
| C t  03/16/09 | | Transfer from Acct #*******2612 | Transfer In From MMA Account | 9999-000 | 6,117.63 | | 6,117.63 |
| C     03/18/09 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,363.53 | 4,754.10 |
| C     03/18/09 | 003002 | Albany Bank & Trust Company, N.A.<br>3400 W. Lawrence Ave<br>Chicago IL 60625 | Claim 000001, Payment 1.90019%<br>(1-1) Unsecured guaranty claim | 7100-000 | | 2,517.99 | 2,236.11 |
| C     03/18/09 | 003003 | DJR Ventures/Rothbart Realty Co<br>1945 Techny Rd., #6<br>Northbrook, IL 60062 | Claim 000002, Payment 1.90019% | 7100-000 | | 1,781.71 | 454.40 |
| C     03/18/09 | 003004 | FDS Bank/Rich"s Macys<br>TSYS Debt Mgmt Inc<br>P O Box 137<br>Columbus, GA 31902-0137 | Claim 000003, Payment 1.90020% | 7100-900 | | 261.00 | 193.40 |
| C     03/18/09 | 003005 | MBNA America Bank<br>Acct# 5490-3551-1017-8500<br>P.O. Box 15186<br>Wilmington, DE 19850 | Claim 000004, Payment 1.90015% | 7100-900 | | 193.40 | 0.00 |

UST Form 101-7-TDR (9/1/2009) *(Page: 14)*

LFORM2T4

Ver: 15.08

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 04-13786 -SQU | |
| Case Name: | VASHI, A JITENDRAKU | |
| | VASHI, INDU J | |
| Taxpayer ID No: | *******2866 | |
| For Period Ending: | 04/13/10 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******9747  BofA - Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t  Funds Transfer
C  Bank Cleared

| Account *******9747 | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 0 | Deposits | 0.00 | 5 | Checks | 6,117.63 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | |
| 0 | Adjustments In | 0.00 | | Total | $ 6,117.63 |
| 1 | Transfers In | 6,117.63 | | |
| | Total | $ 6,117.63 | | |

| Report Totals | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 2 | Deposits | 5,987.59 | 9 | Checks | 6,135.31 |
| 53 | Interest Postings | 147.72 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 6,117.63 |
| | Subtotal | $ 6,135.31 | | |
| 0 | Adjustments In | 0.00 | | Total | $ 12,252.94 |
| 1 | Transfers In | 6,117.63 | | |
| | Total | $ 12,252.94 | Net Total Balance | $ 0.00 |

/s/   GINA B. KROL

Trustee's Signature: _____    Date: 04/13/10
GINA B. KROL